IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **TRAVIS DWAYNE POWELL,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:12CR348-1 |
| | ) | 1:13CV1052 |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on August 12, 2015, was served on Petitioner.[1] Petitioner filed Objections to the Magistrate Judge's Recommendation within the time limits prescribed by 28 U.S.C. § 636. (Docs. # 29, 32).

The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection is made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

---

[1] The Recommendation was initially served on the parties in this action on May 28, 2015, but Petitioner's copy of the Recommendation was returned as undeliverable on June 11, 2015. Thereafter, Petitioner filed a notice of change of address, and the Recommendation was served on Petitioner at his new address.

**IT IS THEREFORE ORDERED** that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. # 15); Supplemental Motion to Petitioner's 28 U.S.C. § 2255 (Doc. # 23); and Supplemental Motion (Doc. # 24) are **DENIED** without issuance of a certificate of appealability. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 17th day of November, 2015.

                                                  /s/ N. Carlton Tilley, Jr.
                                             Senior United States District Judge